(October 18, 1961)

■ In the Matter of MORRIS B. PERLMAN, as Chairman of a Committee of 76 Tenants of Premises Known by Street Address: 72–17 34th Avenue, Jackson Heights, Queens, v. ROBERT E. HERMAN, as State Rent Administrator, and ADCO REALTY CO.— Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.